UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Michael Wintle, Administrator of the § <br> Estate of Michael K. Wintle, § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> St. Paul's School, ReliaStar Life § <br> Insurance Company, and Jefferson Pilot § <br> Financial Insurance Company, § <br> *Defendants*. § | Civil Action No. 04-415-SM |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff Michael Wintle, Administrator of the Estate of Michael K. Wintle and defendants St. Paul's School, ReliaStar Life Insurance Company, and Jefferson Pilot Financial Insurance Company, hereby stipulate that the plaintiff's claims against the defendants in this matter be dismissed with prejudice.

Respectfully submitted,

MICHAEL WINTLE, ADMINISTRATOR OF THE
ESTATE OF MICHAEL K. WINTLE

By His Attorneys,
BOROFSKY, AMODEO-VICKERY
 & BANDAZIAN, P.A.

Dated: May 6, 2005          By: /s/ Christopher A. Bandazian #353
                                 Christopher A. Bandazian, Esq.
                                 Bar No. 353
                                 708 Pine Street
                                 Manchester, NH 03104
                                 (603)625-6441
                                 e-mail: cbandazian@e-atty.net

ST. PAUL'S SCHOOL

By Its Attorneys,
McLANE, GRAF, RAULERSON,
 & MIDDLETON, P.A.

DATED: May 6, 2005           By:   /s/ Charla Bizios Stevens #328
                                   Charla Bizios Stevens, Esq.
                                   Bar No. 328
                                   900 Elm Street
                                   P.O. Box 326
                                   Manchester, NH 03105-0326
                                   (603)628-1363
                                   e-mail:  charla.stevens@mclane.com

RELIASTAR LIFE INSURANCE COMPANY

By Its Attorneys,
NIXON PEABODY, L.L.P.

DATED: May 6, 2005           By:   /s/ Kevin M. Fitzgerald #806
                                   Kevin M. Fitzgerald, Esq.
                                   Bar No. 806
                                   889 Elm Street
                                   Manchester, NH 03101
                                   (603)628-4000
                                   e-mail:  kfitzgerald@nixonpeabody.com

JEFFERSON PILOT FINANCIAL INSURANCE COMPANY

By Its Attorneys,
SULLOWAY & HOLLIS, P.L.L.C.

DATED: May 6, 2005           By:   /s/ William D. Pandolph #5579
                                   William D. Pandolph, Esq.
                                   Bar No. 5579
                                   9 Capitol Street
                                   P.O. Box 1256
                                   Concord, NH 03302-1256
                                   (603)224-2341
                                   e-mail:  wpandolph@sulloway.com